UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

IN THE MATTER OF:

JOSE M. CASANOVA-EDELMANN,

Civil No. 05-1322 (JAF)

## O R D E R

José M. Casanova-Edelmann has accepted a voluntary suspension from practice before the Bankruptcy Court for a period of one year, commencing on April 30, 2006, and ending on April 30, 2007. Magistrate-Judge Vélez-Rivé has recommended that the voluntary suspension proposed by Mr. Casanova be accepted.

The court **ACCEPTS** the voluntary suspension from practice before this court, including the Bankruptcy Court, ending on April 30, 2007, with the condition that should Mr. Casanova be interested in reactivating his status as a member of the Bar of this Court, he must submit a petition for readmission to the District Court following the normal procedures contemplated in the Local Rules.

San Juan, Puerto Rico, this 11th day of September, 2006.

BY ORDER OF THE COURT:

JOSE ANTONIO FUSTE
Chief U. S. District Judge