IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

JOSE M. CASANOVA-EDELMANN
USDC-PR 122014

CIVIL NO. 05-1322(JAF)

*******************************

**NUNC PRO TUNC ORDER**

On March 21, 2005, U.S. Bankruptcy Judge Enrique S. Lamoutte filed with this Court a "Certificate to the United States District Court for the District of Puerto Rico to Withdraw Reference of the Instant Non Core Matter", recommending certain disciplinary action against counsel José M. Casanova Edelmann.

On March 30, 2005, the undersigned referred this matter to Magistrate Judge Camille L. Vélez-Rivé for report and recommendation. Thereafter, an order to show cause and notice of evidentiary hearing issued.

On April 21, 2006, the magistrate judge issued her "Report and Recommendation", recommending that the Court approve Counsel Casanova-Edelmann's suspension by consent to include: (a) suspension from practice before the Bankruptcy Court for a period of one year from April 30, 2006 through April 30, 2007, (b) reinstatement after the above period may be initiated by filing of a petition before this Court with documentary evidence of having completed 24 hours of continuing legal education in bankruptcy under the sponsorship of reputable organizations as agreed in the consent paper, (c) resignation of all cases representing debtors by

CIVIL NO. 05-1322(JAF)                                              -2-

filing of an appropriate motion in each case, (d) forfeiture of the right to receive future payments or compensation and a statement accordingly to be included in the motion withdrawing representation in each motion withdrawing representation in each case, (e) filing of a certification with the District Court of compliance with item "c" above, and (f) prohibition from, directly or indirectly, advising or furnishing a representation or assistance in the bankruptcy field to any person, in any fashion.

This Court adopts the instant <u>Report and Recommendation</u> and grants Counsel José M. Casanova-Edelmann's consented suspension as described above.

Pursuant to Local Rule 83.5(g)(3), the instant order shall be a matter of public record. The balance of the case file shall remain SEALED.

BY ORDER OF THE COURT.

In San Juan, Puerto Rico, this 6th day of December, 2006.

JOSE ANTONIO FUSTE
CHIEF, U.S. DISTRICT JUDGE

DEC 0 7 2006

José M. Casanova
Rafael Castro Lang
Monsita Lecaroz
AUSA Agnes Cordero
Alejandro Oliveras
Hon Enrique S. Lamoutte
   LE